AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARY E. SMITH,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-793**

**FIRST FRANKLIN HOME LOAN,**     **JUDGE EDMUND A. SARGUS, JR.**
**SERVICES AND NATIONAL CITY**     **MAGISTRATE JUDGE NORAH MCCANN KING**
**HOME LOAN SERVICES,**

      **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 11, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 11, 2009            JAMES BONINI, CLERK

                             /S/ Andy F. Quisumbing
                             (By) Andy F. Quisumbing
                             Courtroom Deputy Clerk